UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN KAUMBULU,

      Plaintiff,

  v.

CITY OF VALLEJO, a municipal corporation; E. JENSEN, individually and in his capacity as a police officer for the CITY OF VALLEJO; WHITNEY, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25 inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,

      Defendants.
_____/

No. CIV-S-03-2235 MCE/PAN

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 30, 2005.

///

1   Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4 IT IS SO ORDERED.
5 DATED: September 9, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE